TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00399-CV

Robert Schwartz, Appellant

v.

Board of Nursing Examiners, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 99-03652, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING 

PER CURIAM

 Because appellant Robert Schwartz has failed to file his brief, we will dismiss the
appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on July 15, 1999. By
letter dated September 9, 1999, the Clerk of this Court notified the parties that appellant's brief
was overdue and that the appeal was subject to dismissal unless appellant tendered a motion for
extension of time reasonably explaining the failure to file a brief. On September 20, 1999,
appellant's attorney submitted an insufficient motion for extension of time to file appellant's brief,
omitting the filing fee and the certificate of conference. Id. 5, 10.1(a)(5). By letters dated
September 28, 1999, and October 19, 1999, the Clerk of this Court notified all parties of these
omissions, adding that this appeal would be subject to dismissal unless these deficiencies were
corrected by October 29, 1999. Thus far appellant has failed to respond.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: November 30, 1999

Do Not Publish